UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

United States District Court
Southern District of Texas
FILED

FEB 04 2015

David J. Bradley, Clerk

| UNITED STATES OF AMERICA | § | | |
|---|---|---|---|
| | § | | |
| v. | § | Criminal No. | M-15-100 |
| | § | | |
| MARTIN MARGARITO-CASIMIRO | § | | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

On or about January 22, 2015, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**MARTIN MARGARITO-CASIMIRO**

being an alien who was illegally and unlawfully in the United States, did knowingly possess in and affecting interstate and foreign commerce firearms, namely, a Lorcin .25 caliber pistol, model L25, bearing serial number 294188, and a Browning Arms Company 9mm pistol, model Hi Point, bearing serial number 245PP80850.

In violation of Title 18, United States Code, Sections 922(g)(5)(A) and 924(a)(2).

## NOTICE OF FORFEITURE
### 18 U.S.C. §922(g)(5)(A)

Pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), the United States gives notice to defendant,

**MARTIN MARGARITO-CASIMIRO**

that upon conviction of a violation of Title 18, United States Code, Section 922(g)(5)(A), all firearms involved in said violation are subject to forfeiture, including but not limited to the following:

a Lorcin .25 caliber pistol, model L25, bearing serial number 294188,

a Browning Arms Company 9mm pistol, model Hi Point, bearing serial number 245PP80850, and

a .223 caliber AR-15 style semiautomatic rifle, void of any markings.

A TRUE BILL

_____
FOREPERSON

KENNETH MAGIDSON
UNITED STATES ATTORNEY

_____
ASSISTANT UNITED STATES ATTORNEY