

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

United States District Court
Southern District of Texas
FILED

APR 0 1 2015

David J. Bradley, Clerk

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| v. | § | Criminal No. M-15-100-S1 |
| | § | |
| MARTIN MARGARITO-CASIMIRO | § | |

## SUPERSEDING INDICTMENT

**THE GRAND JURY CHARGES:**

### Count One

From on or about January 20, 2015, until on or about January 22, 2015, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**MARTIN MARGARITO-CASIMIRO**

did knowingly and intentionally conspire and agree with other persons both known and unknown to the Grand Jury, to willfully and unlawfully seize, confine, inveigle, decoy, kidnap, abduct, and carry away and hold for ransom, reward or otherwise G.B. and A.R. and did use any means, facility or instrumentality of interstate or foreign commerce to wit, a cellular telephone, in committing and in furtherance of the commission of the offense.

### Overt Acts

In furtherance of this conspiracy and to effect and accomplish the objects of it, one or more of the defendants or conspirators, both indicted and unindicted, committed, among others, the following overt acts in the Southern District of Texas:

1. On or about January 20, 2015, **MARTIN MARGARITO-CASIMIRO** (**"MARGARITO"**) and co-conspirators did direct by telephonic communication G.B. to

travel to a residence in McAllen, Texas for a meeting with **MARGARITO**.

2. On or about January 20, 2015, **MARGARITO** instructed co-conspirators to tie up G.B. and A.R. in order to unlawfully seize and confine G.B. and A.R for ransom, reward or otherwise in a residence in McAllen, Texas.

3. On or about January 20, 2015, **MARGARITO** and co-conspirators did instruct G.B. and A.R. either directly or indirectly that they were not free to leave.

4. On or about January 20, 2015, **MARGARITO** did use in committing and in furtherance of the kidnapping conspiracy any means, facility, or instrumentality of interstate and foreign commerce, namely a cellular telephone, to call a co-conspirator to discuss a payment that G.B. and A.R. were to pay in order to be released.

5. From on or about January 20, 2015 to on or about January 22, 2015, **MARGARITO** and co-conspirators did continue to unlawfully seize and confine G.B. and A.R. against their will for ransom, reward or otherwise.

In violation of Title 18, United States Code, Section 1201(c).

## Count Two

From on or about January 20, 2015, until on or about January 22, 2015, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**MARTIN MARGARITO-CASIMIRO**

did willfully and unlawfully seize, confine, inveigle, kidnap, abduct, carry away, and hold G.B., for ransom, reward, or otherwise, and the defendant did use any means, facility or instrumentality of interstate and foreign commerce, to wit, a cellular telephone, in committing and in furtherance of the commission of this offense.

In violation of Title 18, United States Code, Sections 1201(a)(1) and 2.

### Count Three

From on or about January 20, 2015, until on or about January 22, 2015, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

### MARTIN MARGARITO-CASIMIRO

did willfully and unlawfully seize, confine, inveigle, kidnap, abduct, carry away, and hold A.R., for ransom, reward, or otherwise, and the defendant did use any means, facility or instrumentality of interstate and foreign commerce, to wit, a cellular telephone, in committing and in furtherance of the commission of this offense.

In violation of Title 18, United States Code, Sections 1201(a)(1) and 2.

### Count Four

On or about January 22, 2015, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

### MARTIN MARGARITO-CASIMIRO

being an alien who was illegally and unlawfully in the United States, did knowingly possess in and affecting interstate and foreign commerce firearms, namely, a Lorcin .25 caliber pistol, model L25, bearing serial number 294188, and a Browning Arms Company .45 caliber pistol, model Hi Point, bearing serial number 245PP80850.

In violation of Title 18, United States Code, Sections 922(g)(5)(A) and 924(a)(2).

## NOTICE OF FORFEITURE
## 18 U.S.C. §922(g)(5)(A)

Pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), the United States gives notice to defendant,

**MARTIN MARGARITO-CASIMIRO**

that upon conviction of a violation of Title 18, United States Code, Section 922(g)(5)(A), all firearms involved in said violation are subject to forfeiture, including but not limited to the following:

a Lorcin .25 caliber pistol, model L25, bearing serial number 294188, and

a Browning Arms Company .45 caliber pistol, model Hi Point, bearing serial number 245PP80850.

A TRUE BILL

_____
FOREPERSON

KENNETH MAGIDSON
UNITED STATES ATTORNEY

_____
ASSISTANT UNITED STATES ATTORNEY