U.S. Department of Justice  
Washington, D.C.  
01/28/2015/eld

Criminal Docket

| | |
|---|---|
| __McALLEN__ Division | CR. No. __M-15-100-S1__ |
| Indictment filed February 4, 2014 | |
| **SUPERSEDING INDICTMENT** Filed: April 1, 2015 | Judge: __MICAELA ALVAREZ__ |
| County: Hidalgo | |
| Lions #: **2015R02024** | Attorneys: |
| UNITED STATES OF AMERICA | KENNETH MAGIDSON, U.S. ATTORNEY |
| v. | KRISTEN J. REES, ASST. U.S. ATTORNEY |
| MARTIN MARGARITO-CASIMIRO | Cts. 1-4    Gregorio Trevino, Ret'd, (956) 283-0067 |
| *Custody:* 02/12/2015 | |

Charge(s):  
Ct. 1:   Conspiracy to Commit Kidnapping  
         Title 18, United States Code, Sections 1201(c)  
Cts. 2 & 3:   Kidnapping  
         Title 18, United States Code, Sections 1201(a)(1), and 2  
Ct. 4:   An alien illegally or unlawfully possessing a firearm in and affecting interstate and foreign commerce.  
         Title 18, United States Code, Sections 922(g)(5)(A) and 924(a)(2)

Total Counts **(4)**

Penalty:  
Cts. 1-3:   Imprisonment for any term of years or for life, and/or a fine not to exceed $250,000 and not more than a 5 yr SRT (as to each count)

Ct. 4:   Imprisonment for not more than 10 yrs. and/or a fine not to exceed $250,000 and not more than a 3 yr. SRT

Agency:   Homeland Security Investigations - Ryan Browning - MC16ES15MC004

Date                         Proceedings